attachm^t Dat. March 9th 1674. . . . The Jury . . . founde for the plaint. Six pounds according to specialty & costs of Court twenty Seven Shillings & two pence.

Execucion issued May. 14° 1675.

### BRATTLE ag^t HUDSON

Tho: Brattle plaint. ag^t Cap^t William Hudson Defend^t according to attachm^t Dat. Aprill. 19° 1675.

The plaint. withdrew his action.

### DAVIE ag^t HUDSON

Humphry Davie plaint. ag^t Cap^t William Hudson Defend^t according to attachm^t Dat. Aprill: 22° 1675.

The plaint. withdrew his action.

### DAVIE ag^t HUDSON

Humphry Davie plaint. ag^t Cap^t William Hudson Defend^t according to attachm^t Dat. Aprill. 2^d: 1675.

The plaint. withdrew his action.

### CLARKE ag^t GRANT

Thomas Clarke of Boston Merchant plaint. ag^t James Grant Defend^t for not paying him a debt of thirty three pounds eighteen Shillings with forbearance & other just damage according to Attachm^t Dat. aprill. 14° 1675. . . . The Jury . . . founde for the plaint. twenty eight pounds thirteen Shillings ten pence being the ballance of accompt & costs of Court two & twenty Shillings & six pence.

Execution issued 6° Aug° 1679.

### GIBBS ag^t WHETCOMB

Benjamin Gibbs plaint. ags^t Josiah Whetcomb assignee of Joseph Walters Defend^t in an action of reveiw of an action of the case commenced by s^d Whetcomb as Assignee afores^d against s^d Gibbs (for witholding a horse with bridle & saddle) at a County Court holden at Boston Octob^r 27th 1674 & there tryed & judgem^t granted with other due damages according to Attachm^t Dat. January. 25° 1674.